```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EWA ZANIEWSKA,

                    Plaintiff,
                                                              JUDGMENT
        - against -                                           11-CV-2446 (RRM)(VVP)

THE CITY OF NEW YORK; COMMISSIONER OF
POLICE RAYMOND KELLY, INDIVIDAULLY AND
AS THE POLICE COMISSIONER OF THE CITY
OF NEW YORK; POLICE OFFICER LORMIL TAX
REGISTRY 938883, and POLICE OFFICERS
"JOHN DOE" 1-6 ALL BEING SUED IN THEIR
OFFICIAL AND INVIDIAUL CAPACITIES,

                    Defendants.
-------------------------------------------------------------------X
```

A Memorandum and Order of the undersigned having been issued this day granting defendants' motion for summary judgment, dismissing plaintiff's claims, and directing the Clerk of the Court to close this case; it is

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; the complaint is dismissed with prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       August 5, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge